**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Kelvin Andre SPOTTS, Defendant—
Appellant.**

No. 08–6934.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 17, 2008.

Decided: Oct. 3, 2008.

Kelvin Andre Spotts, Appellant Pro Se. John J. Frail, Assistant United States Attorney, Charleston, West Virginia, for Appellee.

Before MICHAEL, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kelvin Andre Spotts appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2000) motion for reduction of sentence and related motions. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Spotts*, No. 3:98–cr–00047–1 (S.D.W.Va. May 21, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*